```
1   MICHAEL BAILEY
    United States Attorney
2   District of Arizona

3   ANGELA W. WOOLRIDGE
    Assistant United States Attorney
4   Arizona State Bar No. 022079
    United States Courthouse
5   405 W. Congress Street, Suite 4800
    Tucson, Arizona 85701
6   Telephone: 520-620-7300
    Email: angela.woolridge@usdoj.gov
7   Attorneys for Plaintiff
```

✓FILED ___LODGED
___RECEIVED ___COPY

2020 NOV -4  P 4: 39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-02394 TUC-SHR(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Alan Ivan Ibarra,<br>(Counts 1, 2, 3, 4, 5)<br><br>Steven Daniel Reckers,<br>(Counts 1, 2, 3, 4)<br><br>Antoinette Marie Gonzales,<br>(Counts 1, 4)<br><br>　　　　　　Defendants. | No.<br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(False Statements in Connection<br>with Acquisition of Firearm)<br>Counts 1, 2, 3, 4<br><br>18 U.S.C. §§ 922(n) & 924(a)(1)(D)<br>(Receipt of Firearm while Under<br>Indictment)<br>Count 5<br><br>18 U.S.C. § 2(a)<br>(Aiding and Abetting the<br>Commission of an Offense)<br>Counts 2, 3, 4<br><br>18 U.S.C. § 924(d)(1) &<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about October of 2019 to on or about August of 2020, within the District of Arizona, Defendants ALAN IVAN IBARRA, STEVEN DANIEL RECKERS, and ANTOINETTE MARIE GONZALES did knowingly and intentionally combine, conspire,

confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: knowingly making false and fictitious written statements to federally licensed firearms dealers, which statements were intended to deceive the federally licensed firearms dealers as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44, Title 18, United States Code; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Purpose of the Conspiracy

The purpose of this conspiracy was to unlawfully acquire firearms on behalf of other individuals by making false statements and representations in the records required by law to be kept by federally licensed firearms dealers; specifically, with regard to the purchase of each firearm, that the individual completing the record was the actual transferee/buyer of the firearm and was not acquiring the firearm on behalf of another person, when in fact the individual completing the record was acquiring the firearm on behalf of another person. The firearms acquired in this manner included a Glock model 23 .40 caliber pistol, a Century Arms model Micro Draco 7.62x39mm caliber pistol, and a Zastava Arms, model ZPAP92, 7.62x39mm caliber pistol.

### The Means and Methods of the Conspiracy

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants would purchase firearms from federally licensed firearms dealers in the District of Arizona.

It was a further part of the conspiracy that these defendants would purchase the firearms on behalf of other defendants and/or co-conspirators.

It was a further part of the conspiracy that, in purchasing the firearms, these defendants would make false statements and representations to the federally licensed firearms dealers, in that in connection with each purchase, the purchasing defendant would state that s/he was the actual transferee/buyer of the firearm(s).

It was a further part of the conspiracy that certain defendants and/or co-conspirators would provide the funds and directions to the purchasing defendants to purchase each of the firearms involved in the conspiracy.

It was a further part of the conspiracy that certain defendants and/or co-conspirators would provide vehicles for use in the purchase of the firearms, and/or would transport other defendants to the businesses of the federally licensed firearms dealers in order to purchase the firearms.

It was a further part of the conspiracy that, following each firearm purchase, the purchasing defendant would transfer possession of the firearm(s) to other defendants or co-conspirators.

## Overt Acts

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On or about October 2, 2019, Alan Ivan Ibarra asked Steven Daniel Reckers to purchase a firearm for him, and provided Reckers with the funds to purchase the firearm. With the instructions and funds provided by Ibarra, Reckers then purchased a Glock model 23 .40 caliber pistol from Liberty Pawn Shop, a federally licensed firearms dealer in Tucson, Arizona. In connection with this purchase, Reckers completed an ATF Form 4473, Firearms Transaction Record, in order to acquire the firearm. In the form, Reckers stated that he was the actual transferee/buyer of the firearm and was not acquiring the firearm on behalf of another person. Reckers then purchased the firearm and immediately provided it to Ibarra.

On or about December 15, 2019, Alan Ivan Ibarra asked Steven Daniel Reckers to purchase another firearm for him, and provided Reckers with the funds to purchase the firearm. With the instructions and funds provided by Ibarra, Reckers then purchased a Century Arms model Micro Draco 7.62x39mm caliber pistol from Against All Enemies, L.L.C., a federally licensed firearms dealer, at a gun show in Tucson, Arizona. In connection with this purchase, Reckers completed an ATF Form 4473, Firearms

Transaction Record, in order to acquire the firearm. In the form, Reckers stated that he was the actual transferee/buyer of the firearm and was not acquiring the firearm on behalf of another person. Reckers then purchased the firearm and provided the firearm to Ibarra.

On or about July 27, 2020, Alan Ivan Ibarra asked Steven Daniel Reckers to purchase a firearm for him, and provided Reckers with the funds to purchase the firearm. Reckers then asked Antoinette Marie Gonzales to purchase the firearm for Ibarra, and transferred the funds he had received from Ibarra to Gonzales. With the instructions and funds provided by Reckers, Gonzales then began completing an ATF Form 4473, Firearms Transaction Record, in order to acquire a Zastava Arms model ZPAP92 7.62x39mm caliber pistol from SNG Tactical, a federally licensed firearms dealer in Tucson, Arizona. Gonzales' attempted purchase of the firearm for Ibarra was initially delayed due to the mandatory background check.

On or about August 1, 2020, Antoinette Marie Gonzales returned to SNG Tactical and completed the ATF Form 4473 for the Zastava Arms model ZPAP92 7.62x39mm caliber pistol. In the form, Gonzales stated that she was the actual transferee/buyer of the firearm and was not acquiring the firearm on behalf of another person. Gonzales then finished the purchase of the firearm and provided the firearm to Steven Daniel Reckers, who then provided the firearm to Alan Ivan Ibarra.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about October 2, 2019, in the District of Arizona, Defendants STEVEN DANIEL RECKERS and ALAN IVAN IBARRA, in connection with the acquisition of a firearm, that is, a Glock model 23 .40 caliber pistol, from Liberty Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Liberty Pawn Shop, which statement was intended to deceive Liberty Pawn Shop as to a fact material to the lawfulness of such sale of said firearm to Defendant STEVEN DANIEL RECKERS under Chapter 44, Title 18, United States Code, in that Defendant STEVEN DANIEL RECKERS stated

that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of Defendant ALAN IVAN IBARRA, and Defendant ALAN IVAN IBARRA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 3

On or about December 15, 2019, in the District of Arizona, Defendants STEVEN DANIEL RECKERS and ALAN IVAN IBARRA, in connection with the acquisition of a firearm, that is, a Century Arms model Micro Draco 7.62x39mm caliber pistol, from Against All Enemies, L.L.C., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Against All Enemies, L.L.C., which statement was intended to deceive Against All Enemies, L.L.C., as to a fact material to the lawfulness of such sale of said firearm to Defendant STEVEN DANIEL RECKERS under Chapter 44, Title 18, United States Code, in that Defendant STEVEN DANIEL RECKERS stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of Defendant ALAN IVAN IBARRA, and Defendant ALAN IVAN IBARRA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 4

On or about July 27, 2020, in the District of Arizona, Defendants STEVEN DANIEL RECKERS, ANTOINETTE MARIE GONZALES, and ALAN IVAN IBARRA, in connection with the acquisition of a firearm, that is, a Zastava Arms model ZPAP92 7.62x39mm caliber pistol, from SNG Tactical, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to SNG Tactical, which statement was intended to deceive SNG Tactical as to a fact material to the lawfulness of such sale of said firearm to Defendant ANTOINETTE MARIE GONZALES under Chapter 44, Title 18, United States Code, in

that Defendant ANTOINETTE MARIE GONZALES stated that she was the actual transferee/buyer of said firearm when in fact she was acquiring the firearm on behalf of Defendant ALAN IVAN IBARRA, and Defendants STEVEN DANIEL RECKERS and ALAN IVAN IBARRA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 5

On or about September 28, 2020, in the District of Arizona, ALAN IVAN IBARRA, under indictment for a crime punishable by imprisonment for a term exceeding one year, and knowing he was under such indictment, did willfully receive a firearm which had been shipped or transported in interstate or foreign commerce, that is, a Beretta model 92FS 9mm caliber pistol.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Five of the Indictment, Defendants ALAN IVAN IBARRA, STEVEN DANIEL RECKERS, and ANTOINETTE MARIE GONZALES shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to one Beretta model 92FS 9mm caliber pistol.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: November 4, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney